IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

EZEKIEL J. MORGAN                        PLAINTIFF

        v.               Civil No. 6:10-cv-06052

SHERIFF LARRY SANDERS;
CAPTAIN MEL STEED; LT.
RON RADLEY; SHIFT SGT.
DONALD ANSLEY; and
CORPORAL VIRGINIA NEWTON               DEFENDANTS

## REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

Ezekiel J. Morgan filed this *pro se* civil rights action pursuant to 42 U.S.C. § 1983 on July 7, 2010. His complaint was filed *in forma pauperis*.

On May 27, 2011, I entered an order (Doc. 22) granting the Defendants' motion to compel. Plaintiff was directed to provide the Defendants with discovery responses by June 20, 2011. On June 21, 2011, Defendants filed a motion to dismiss (Doc. 23). In the motion, Defendants state they have not received the discovery responses from the Plaintiff.

To date, Plaintiff has not responded to the motion to dismiss. I therefore recommend that the Defendants' motion to dismiss (Doc. 23) be granted. This case should be dismissed with prejudice based on Plaintiff's failure to comply with the order of the Court and his failure to prosecute this action. *See* Fed. R. Civ. P. 41(b).

**The parties have fourteen (14) days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 21st day of September 2011.

                                                    /s/ *J. Marschewski*
                                                    HON. JAMES R. MARSCHEWSKI
                                                    CHIEF UNITED STATES MAGISTRATE JUDGE