IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

EZEKIEL J. MORGAN                                          PLAINTIFF

        v.                          No. 10-6052

SHERIFF LARRY SANDERS;
CAPTAIN MEL STEED; LT.
RON RADLEY; SHIFT SGT.
DONALD ANSLEY; and
CORPORAL VIRGINIA NEWTON                                  DEFENDANTS


ORDER

Now on this 10th day of November 2011, there comes on for consideration the report and recommendation (doc. 26) filed herein on September 21, 2011, by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas.  No objections to the report and recommendation were filed.

The Court has reviewed this case and finds that the report and recommendation of the Magistrate is proper and should be and hereby is adopted in its entirety.  Defendants' Motion to Dismiss (doc. 23) is **GRANTED,** and Plaintiff's case is DISMISSED WITHOUT PREJUDICE for failure to comply with the order of the Court and failure to prosecute this action.  *See* Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED.**


/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge